**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the entry on November 6, 2025, by the Hon. Lindsay C. Jenkins, the cases listed below shall be consolidated in the lead case 25 CV 9570, *Castro v. Bestway USA, Inc;* therefore

It is hereby ordered that Judge Jenkins shall preside over the consolidated proceedings in lead case 25 CV 9570, *Castro v. Bestway USA, Inc.*; and

It is further ordered that the cases listed below shall be filed in 25 CV 9570, In re: Bestway Above-Ground Pools Litigation, until further order of the Hon. Lindsay C. Jenkins.

It is further ordered that the Clerk shall administratively close the related cases and all future filings in these cases shall be filed under case 25 CV 9570, In re: Bestway Above-Ground Pools Litigation.

| **CASE #** | **TITLE** |
| --- | --- |
| 25 CV 12315 | *Pete Piceno et al v. Bestway USA Inc. et al* |
| 25 CV 12853 | *Holloway v. Bestway USA, Inc. et al* |
| 25 CV 13422 | *Hill et al v. Bestway (USA) Inc.* |

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 7th day of November, 2025